UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-7054-GW-AGRx | Date | November 16, 2023 |
|---|---|---|---|
| Title | *Angela Oh v. Dignity Community Care, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Myra Ponce | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Vanessa N. Raven | Matthew S. Freedus |
| | Robert B. Packer |
| | Ryan C. Chapman, AUSA - in person |

**PROCEEDINGS:** **TELEPHONIC HEARING ON THE UNITED STATES OF AMERICA'S MOTION TO REMAND [21]; THE EISNER DEFENDANTS' MOTION FOR TEMPORARY STAY OF REMAND ORDER [32]**

The Court's Tentative Ruling on the above-entitled Motions was issued on November 15, 2023 [37]. Court hears oral argument. The Tentative Ruling is adopted as the Court's Final Ruling. The Court GRANTS the Government's motion to remand and GRANTS the Eisner Defendants' request for an automatic 30-day stay until December 18, 2023.

The Court sets a status conference for December 18, 2023 at 8:30 a.m. The parties are to meet and confer, and stipulate to an extension of the stay pending the filing of an appeal.

| | : | 10 |
|---|---|---|
| Initials of Preparer | JG | |