UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-7054-GW-AGRx | Date | January 30, 2026 |
|---|---|---|---|
| Title | *Angela Oh v. Dignity Community Care, et al.* | | |

Present: The Honorable     GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Laura Elias | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michelle B. Hemesath, by telephone | Rosie D. Griffin |
| | Matthew S. Freedus, by telephone |
| | Ryan C. Chapman, AUSA, by telephone |
| | Peter M. Corson, by telephone |

**PROCEEDINGS:**     **THE UNITED STATES OF AMERICA'S MOTION TO REMAND PURSUANT TO 42 U.S.C. § 233(c) [109]; and DEFENDANTS EISNER HEALTH, MARY CLAASSEN, C.N.M., LILLIAN MORRIS, M.D., CATHERINE JACOBS, C.N.M., NATHANA LURVEY, M.D., EVA GARCIA, C.N.M.'S MOTION TO SUBSTITUTE [110]**

The Court's Tentative Rulings on the above-entitled Motions [109, 110], was issued on January 29, 2026 [120]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. The Court DENIES the Remand Motion and GRANTS the Motion to Substitute. Separate Order on the Motion to Substitute to issue.

| | : | 10 |
|---|---|---|
| | Initials of Preparer | JG |